*Kulman, Respondent, v. Giroux, Petitioner*, No. 91776-1. Petition for review of a decision of the Court of Appeals, No. 45722-9-II, May 5, 2015, 187 Wn. App. 1024. *Denied* September 30, 2015.

*In re Adoption of C.H.*, No. 91781-7. Petition for review of a decision of the Court of Appeals, No. 72464-9-I, April 27, 2015, 187 Wn. App. 1017. *Denied* September 30, 2015.

*State, Respondent, v. James, Petitioner*, No. 91784-1. Petition for review of a decision of the Court of Appeals, No. 44906-4-II, March 31, 2015, 186 Wn. App. 1039. *Denied* September 30, 2015.

*State, Respondent, v. McComas, Petitioner*, No. 91788-4. Petition for review of a decision of the Court of Appeals, No. 44974-9-II, March 10, 2015, 186 Wn. App. 307. *Denied* September 30, 2015.

*State, Respondent, v. Brogan, Petitioner*, No. 91790-6. Petition for review of a decision of the Court of Appeals, No. 45894-2-II, April 28, 2015, 187 Wn. App. 1018. *Denied* September 30, 2015.

*State, Respondent, v. Cu Van Truong, Petitioner*, No. 91813-9. Petition for review of a decision of the Court of Appeals, No. 70811-2-I, April 27, 2015, 187 Wn. App. 1012. *Denied* September 30, 2015.

Belikov et al., Respondents, v. Huhs et al., Petitioners, No. 91979-8. Petition for review of a decision of the Court of Appeals, No. 72334-1-I, July 7, 2015. *Denied* September 30, 2015.

*State, Respondent, v. Hansen, Petitioner*, No. 91523-7. Petition for review of a decision of the Court of Appeals, No. 70860-1-I, March 2, 2015, 186 Wn. App. 1009. *Denied* October 2, 2015.